*General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 97, Misc.  FANELLI *v.* NEW YORK.  Ct. App. N. Y. *Thomas B. Moorhead* and *Leon B. Polsky* for petitioner. *David Diamond* for respondent.

No. 175, Misc.  MILLER *v.* TEXAS.  Ct. Crim. App. Tex. *John Peace* for petitioner. *James E. Barlow* and *Preston H. Dial, Jr.,* for respondent.

No. 339, Misc.  CHEVALLIER *v.* TEXAS.  Ct. Crim. App. Tex. *William E. Gray* and *Maurice M. Davis* for petitioner.

No. 341, Misc.  GRANT *v.* FLORIDA.  Sup. Ct. Fla. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *John S. Burton,* Assistant Attorney General, for respondent.

No. 499, Misc.  BEVERLY *v.* CALIFORNIA.  Dist. Ct. App. Cal., 1st App. Dist.  Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien* and *John F. Kraetzer,* Deputy Attorneys General, for respondent.

No. 621, Misc.  BRITTEN *v.* GEORGIA.  Sup. Ct. Ga. Petitioner *pro se. Arthur K. Bolton,* Attorney General of Georgia, and *Carter A. Setliff,* Assistant Attorney General, for respondent.

No. 628, Misc.  SIMPSON *v.* LOUISIANA.  Sup. Ct. La. *G. Wray Gill, Sr.,* for petitioner. *Jim Garrison* for respondent.

No. 719, Misc.  BAKER *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.

No. 785, Misc.  ALLEN *v.* FLORIDA.  Sup. Ct. Fla. *James M. Russ* for petitioner. *Earl Faircloth,* Attorney

General of Florida, and *T. T. Turnbull,* Assistant Attorney General, for respondent.

No. 842, Misc. SIPULT *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Jack K. Weber,* Deputy Attorney General, for respondent.

No. 878, Misc. MENDEZ *v.* UNITED STATES. C. A. 9th Cir. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 936, Misc. JACOBSON *v.* CALIFORNIA. Sup. Ct. Cal. Petitioner *pro se. Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Gordon Ringer,* Deputy Attorney General, for respondent.

No. 980, Misc. BAKER *v.* FLORIDA. Sup. Ct. Fla. Petitioner *pro se. Earl Faircloth,* Attorney General of Florida, and *Thomas E. Boyle,* Assistant Attorney General, for respondent.

No. 1153, Misc. CHATTERTON *v.* GEORGIA. Sup. Ct. Ga. *David L. Lomenick* for petitioner. *Arthur K. Bolton,* Attorney General of Georgia, *Alfred L. Evans, Jr.,* Assistant Attorney General, and *Earl B. Self,* Solicitor General, for respondent.

No. 1186, Misc. LOMBARDI *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Petitioner *pro se. Alan F. Leibowitz* for respondent.

No. 1336, Misc. CLEMONS *v.* TEXAS. Ct. Crim. App. Tex. *Lewis L. Scott* for petitioner. *Waggoner Carr,* Attorney General of Texas, *Hawthorne Phillips,* First